IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TURKEY KNOB GROWERS, INC. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>EAST COAST IMPLEX, LLC, *et al.*, )<br>Defendant. ) | Civil Action No. 1:18-cv-1295 |

## ORDER

On July 22, 2019, United States Magistrate Judge Ivan D. Davis entered a Report and Recommendation ("Report") in this case, recommending that default judgment be entered against Defendants East Coast Implex, LLC and Srinivas Sathyavedu Kalyan and in favor of Plaintiff Turkey Knob Growers, Inc.

Upon consideration of the record and Judge Davis' Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 18).

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Dkt. 11) is **GRANTED**.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

It is further **ORDERED** that default judgment is entered against Defendants East Coast Implex, LLC and Srinivas Sathyavedu Kalyan, jointly and severally, and in favor of Plaintiff Turkey Knob Growers, Inc. in the amount of $40,934.53, which consists of: (i) $23,520 for plaintiff's unpaid shipments; (ii) $13,239.93 in prejudgment interest; and (iii) $4,174.60 in attorney's fees and costs.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants East Coast Implex, LLC and Srinivas Sathyavedu Kalyan, jointly and severally, and in favor of Plaintiff Turkey Knob Growers, Inc. Judgment should be entered in favor of plaintiff and against defendants in the amount of $40,934.53, which consists of: (i) $23,520 for plaintiff's unpaid shipments; (ii) $13,239.93 in prejudgment interest; and (iii) $4,174.60 in attorney's fees and costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, VA
August 7, 2019

T. S. Ellis, III
United States District Judge